UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

2014 DEC 30  A 11: 54

~~SEALED DOCUMENT~~

IN RE: APPLICATION OF THE )
UNITED STATES OF AMERICA FOR )
AN ORDER PURSUANT TO )
18 U.S.C. § 2703(d) and for a )   **FILED UNDER SEAL, LEVEL 2**
PRECLUSION OF NOTICE ORDER )
PURSUANT TO 18 U.S.C. § 2705(b) )
)   1:14-mc-68-AJ

### ORDER PURSUANT TO 18 U.S.C. § 2703(d) and
### PRECLUSION OF NOTICE ORDER PURSUANT TO 18 U.S.C. § 2705(b)

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Verizon Wireless / Cellco Partnership d/b/a Verizon Wireless (Verizon), an electronic communications service provider and/or a remote computing service located in Bedminster, NJ, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Verizon shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Verizon shall not disclose the existence of the application of the United States, or the existence of this Order of the Court,

to the subscribers of the account(s) listed in Attachment A, or to any other person, unless and until otherwise authorized to do so by the Court, except that Verizon may disclose this Order to an attorney for Verizon for the purpose of receiving legal advice.

**SO ORDERED:**

*[signature]*
Andrea K. Johnstone
United States Magistrate Judge

December 30, 2014

# ATTACHMENT A

## I. The Accounts

The Order applies to records and information associated with the NetFlow traffic for the below IP address:

**103.8.24.167** ("the Target IP address")

## II. Records and Other Information to Be Disclosed

Verizon is required to disclose the following records and other information, if available, to the United States for each Account listed in Part I of this Attachment, for the time period of September 1, 2013 thru March 31, 2014.

A. The full NetFlow traffic for IP address 103.8.24.167

B. The following information about the IP addresses that connected to the Target IP address:
  1. A list of every unique IP address, along with time/date stamp, that Verizon identified thru their analysis of the NetFlow traffic for the Target IP address.
  2. Contact information (name, address, phone number, email address, title) for every business/company/entity that Verizon notified as a result of Verizon's analysis of NetFlow data for the Target IP address.

Responsive information should be provided, in electronic format, to Special Agent Matthew O'Neill, United State Secret Service, via e-mail at matthew.oneill@usss.dhs.gov.